Local AO 442 (Rev. 10/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

United States of America
v.
Javonte Jones
*Defendant*

Case No. 1:21-cr-170-05

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Javonte Jones, who is accused of an offense or violation based on the following document filed with the court:

❒ Indictment ❒ Superseding Indictment ❒ Information ❒ Superseding Information ❒ Complaint
❒ Probation Violation Petition ☑ Supervised Release Violation Petition ❒ Violation Notice ❒ Order of the Court

This offense is briefly described as follows:

Alleged violations of supervised release

Date: 06/05/2025

/s/ Renee Hellwig
*Issuing officer's signature*

City and state: Bismarck, ND

Renee Hellwig, Deputy Clerk
*Printed name and title*

**Return**

This warrant was received on *(date)* ________, and the person was arrested on *(date)* ________ at *(city and state)* ________.

Date: ________

*Arresting officer's signature*

*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

***(Not for Public Disclosure)***

Name of defendant/offender: __________

Known aliases: __________

Last known residence: __________

Prior addresses to which defendant/offender may still have ties: __________

Last known employment: __________

Last known telephone numbers: __________

Place of birth: __________

Date of birth: __________

Social Security number: __________

Height: __________ Weight: __________

Sex: __________ Race: __________

Hair: __________ Eyes: __________

Scars, tattoos, other distinguishing marks: __________

History of violence, weapons, drug use: __________

Known family, friends, and other associates *(name, relation, address, phone number)*: __________

FBI number: __________

Complete description of auto: __________

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: __________

PROB 12C
(Rev. 2/13)

# UNITED STATES DISTRICT COURT

**for**

## DISTRICT OF NORTH DAKOTA

## Petition for Warrant or Summons for Person under Supervision

Name of Person Under Supervision: Javonte Jones Case Number: 0868 1:21CR00170

Name of Sentencing Judicial Officer: Daniel M. Traynor, U.S. District Court Judge

Date of Original Sentence: July 6, 2023

Original Offense: Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances

Original Sentence: 27 months followed by a 3-year term of supervised release

Type of Supervision: TSR Date Supervision Commenced: 2/23/2024

Asst. U.S. Attorney: Rick L. Volk Defense Attorney: Charles A. Stock

---

**PETITIONING THE COURT**

☒ To issue a warrant

☐ To issue a summons

The probation officer believes that the person under supervision has violated the following condition(s) of supervision:

Violation No. Nature of Noncompliance

1. **The defendant must not commit another federal, state, or local crime. On June 2, 2025, Mr. Jones was cited for disorderly conduct after he was observed arguing with a 16-year-old romantic partner in Sidney, Ohio. This is a violation of mandatory condition #1.**

   Sidney, Ohio Police were dispatched to a local park after witnesses called 911 to report a physical and verbal altercation between Mr. Jones and the minor female. Both Mr. Jones and the minor were charged with disorderly conduct.

2. **The defendant shall submit to drug/alcohol screening at the direction of the United States Probation Office.** On or about April 9, 2025, and May 13, 2025, Mr. Jones

failed to report for drug testing. This is believed to be in violation of special condition #4.

3. **Defendant must refrain from any unlawful use of a controlled substance and alcohol.** Mr. Jones tested positive for marijuana on March 8, 2024, April 11, 2024, and November 5, 2024. He also tested positive for alcohol on November 5, 2024. This is believed to be in violation of special condition #2.

U.S. Probation Officer Recommendation: It is respectfully requested that a warrant be issued for the defendant and that hearings be held to determine if he has violated the terms of his supervision.

Mr. Jones is currently in-custody at the Hamilton County Jail, Cincinnati, Ohio under an Ohio Parole Authority hold.

☒ The term of supervision should be:

☒ Revoked.

☐ Extended for _____ years, for a total term of _____ years.

☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 4, 2025

/s/ Jeff Frankeberger
Supervisory U.S. Probation Officer

---

THE COURT ORDERS:

☐ No Action.

PROB 12C
(Rev. 2/13)
Jones, Javonte
0868 1:21CR00170

☒ The Issuance of a Warrant/Matter Sealed Pending Arrest.

☐ The Issuance of a Summons.

☐ Other

Signature of Judicial Officer

June 5, 2025
Date